IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                           2:08-cr-81-16

Karessa Dixon

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 401) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to the lesser included offense of Count 1 of the indictment, and she is hereby adjudged guilty of that offense. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: December 15, 2008          s\James L. Graham
                                      James L. Graham
                                      United States District Judge